Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jodie Allen Deiseroth** | : | Case No. 12–26130–CMB |
| **Megan M. Deiseroth** | : | Chapter: 13 |
| **aka Megan Reiger** | : | |
| *Debtor(s)* | : | |
| | : | |
| DLJ Mortgage Capital Inc. | : | Related to Claim No. 3 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Jodie Allen Deiseroth | : | |
| Megan M. Deiseroth | : | |
| aka Megan Reiger | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

       **AND NOW**, this **31st day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *DLJ Mortgage Capital Inc.* at Claim No. 3 in the above–captioned bankruptcy case,

       It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

       *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jodie Allen Deiseroth  
Megan M. Deiseroth  
    Debtors

Case No. 12-26130-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: jbre　　　Page 1 of 1　　　Date Rcvd: Oct 31, 2016  
　　　　　　　　　　　　Form ID: 237　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.
```
db/jdb         +Jodie Allen Deiseroth,    Megan M. Deiseroth,    1310 Broadview Boulevard,
                 Natrona Heights, PA 15065-1131
14255720       +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    DLJ Mortgage Capital Inc.
               debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Megan M. Deiseroth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Jodie Allen Deiseroth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6