# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jodie Allen Deiseroth and Megan M. Deiseroth | CHAPTER 13 |
| Debtor(s) | BKY. NO. 12-26130 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PennyMac Mortgage Investment Trust Holdings I, LLC by PennyMac Loan Services, LLC, its servicing agent, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6328

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant