**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-26130-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Jodie Allen Deiseroth
1310 Broadview Boulevard
Natrona Heights PA 15065

Megan M. Deiseroth
1310 Broadview Boulevard
Natrona Heights PA 15065

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/15/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: First National Bank Of Pennsylvania, Attn:  Christine A. Lombardo, 4140 East State Street, Hermitage, PA 16148

Name and Address of Transferee:

PERITUS PORTFOLIO SERVICES II, LLC
PO BOX 141419
Irving, Tx 75014-1419

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/17/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-26130-CMB
Jodie Allen Deiseroth                                                           Chapter 13
Megan M. Deiseroth
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 1          Date Rcvd: Mar 15, 2017
                              Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
13564776       +First National Bank Of Pennsylvania,    Attn: Christine A. Lombardo,    4140 East State Street,
                 Hermitage, PA 16148-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    DLJ Mortgage Capital Inc.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC BY
               PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Megan M. Deiseroth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Jodie Allen Deiseroth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7