# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **Jodie A. Deiseroth and** | : | **Case No. 12-26130-CMB** |
| **Megan M. Deiseroth,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Related to Doc. No. 98, 99** |
| **Jodie A. Deiseroth,** | : | |
| **Movant** | : | |
| **S. S. No. xxx-xx-4809.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Easley & Rivers and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents** | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO TERMINATE WAGE ATTACHMENT

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 8, 2017, I served a copy of the above-captioned pleading, Notice of Hearing with Response, along with the Motion Terminating Wage Attachment, filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties by United States mail, first class or electronic mail where indicated.

Executed on June 8, 2017

By: /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Easley & Rivers
Attention:  Payroll Manager
207 Townsend Drive
 Monroeville, PA 15146

Jodie Allen Deiseroth
1310 Broadview Boulevard
Natrona Heights, PA 15065