**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JODIE ALLEN DEISEROTH<br>MEGAN M. DEISEROTH<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　JODIE ALLEN DEISEROTH<br>MEGAN M. DEISEROTH<br><br>　　　Respondents | Case No.12-26130CMB<br><br><br>Chapter 13<br><br><br>Document No.　101　 |

### ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this ___12th___ day of __June__, 20_17_ it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　　Easley & Rivers, Inc.
　　　　　　　Attn: Payroll Manager
　　　　　　　207 Townsend Dr
　　　　　　　Monroeville, PA 15146

is hereby ordered to immediately terminate the attachment of the wages of JODIE ALLEN DEISEROTH, social security number XXX-XX-4809. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JODIE ALLEN DEISEROTH.

~~FURTHER ORDERED:~~
~~xxxxxxxxxxxxxxxx~~

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

BY THE COURT:

_Carlota M. Böhm_
**dms**
UNITED STATES BANKRUPTCY JUDGE

　　　　FILED
　　　　6/12/17 11:40 am
　　　　CLERK
　　　　U.S. BANKRUPTCY
　　　　COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jodie Allen Deiseroth  
Megan M. Deiseroth  
    Debtors

Case No. 12-26130-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Jun 12, 2017  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.  
db/jdb        +Jodie Allen Deiseroth,    Megan M. Deiseroth,    1310 Broadview Boulevard,    Natrona Heights, PA 15065-1131  
                +Easley & Rivers, Inc.,    Atten: Payroll Admin.,    207 Townsend Dr.,    Monroeville, PA 15146-1065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Danielle Boyle-Ebersole    on behalf of Creditor    DLJ Mortgage Capital Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
       James Warmbrodt    on behalf of Creditor    PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Paul W. McElrath, Jr.    on behalf of Joint Debtor Megan M. Deiseroth ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
       Paul W. McElrath, Jr.    on behalf of Debtor Jodie Allen Deiseroth ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                   TOTAL: 7