## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 12-26130-CMB** |
| **Jodie A. Deiseroth and** | : | |
| **Megan M. Deiseroth,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Related to Doc. No. 98, 99** |
| **Jodie A. Deiseroth,** | : | |
| **Movant** | : | |
| **S. S. No. xxx-xx-4809.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Easley & Rivers and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents** | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on June 8, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 25, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>June 28, 2017</u>　　　　　　　　　By:　<u>/s/ Paul W. McElrath</u>
　　　　　　　　　　　　　　　　　　　　　　　　Paul W. McElrath, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor/Movant
　　　　　　　　　　　　　　　　　　　　　　　　PA I.D. #86220
　　　　　　　　　　　　　　　　　　　　　　　　1641 Saw Mill Run Blvd.
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15210
　　　　　　　　　　　　　　　　　　　　　　　　(412) 765-3606
　　　　　　　　　　　　　　　　　　　　　　　　paulm@mcelrathlaw.com