# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07/13/2017

IN RE:

| | |
|---|---|
| JODIE ALLEN DEISEROTH | Case No.12-26130 CMB |
| MEGAN M. DEISEROTH | |
| 1310 BROADVIEW BOULEVARD | Chapter 13 |
| NATRONA HEIGHTS,  PA  15065 | |
| XXX-XX-4809          Debtor(s) | |
| | |
| XXX-XX-6645 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/13/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:8 | ACCOUNT NO.:  6641 |
| | CLAIM:  524.53 | |
| NORFOLK, VA  23541 | COMMENT:  6633/SCH*LOWES/GE CAP RB | |

| **DLJ MORTGAGE CAPITAL** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
|---|---|---|
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:3-2 | ACCOUNT NO.:  0479 |
| POB 65450* | | |
| | CLAIM:  9,491.24 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  LOAN MOD @ CID 57*DKT4PMT-LMT*AMD*FR PENNYMAC-DOC 86 | |

| **PERITUS PORTFOLIO SERVICES II LLC** | Trustee Claim Number:3  INT %: 4.25% | CRED DESC:  VEHICLE |
|---|---|---|
| PO BOX 141419 | Court Claim Number:4 | ACCOUNT NO.:  5763 |
| | CLAIM:  9,789.44 | |
| IRVING, TX  75014-1419 | COMMENT:  $CL-PL@4.25%MDF/PL*FR FIRST NTNL BANK PA-DOC 94 | |

| **HARRISON TOWNSHIP (EIT)** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| C/O KEYSTONE COLLECTIONS GRP - DLNQ YRS | Court Claim Number: | ACCOUNT NO.:  ...6645: 00-08 |
| 546 WENDEL RD | | |
| | CLAIM:  495.00 | |
| IRWIN, PA  15642 | COMMENT:  $PL*NATRONA HEIGHT EIT/SCH | |

| **BENEFICIAL/HFC(*)** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| POB 4153-K | Court Claim Number: | ACCOUNT NO.:  ...3098 |
| | CLAIM:  0.00 | |
| CAROL STREAM, IL  60197-4153 | COMMENT: | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:15 | ACCOUNT NO.:  0076 |
| | CLAIM:  2,299.35 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:6 | ACCOUNT NO.:  3200 |
| | CLAIM:  1,074.79 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE | |

| **CAPITAL ONE(*)** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  ...6860 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:16 | ACCOUNT NO.:  9306 |
| | CLAIM:  256.28 | |
| NORFOLK, VA  23541 | COMMENT:  HSBC/CAPITAL ONE | |

| **CAPITAL ONE(*)** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  ...8284 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |

| | | |
|---|---|---|
| **ECAST SETTLEMENT CORP\*\*** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 28136 | Court Claim Number:12 | ACCOUNT NO.: 4051 |
| | CLAIM: 945.89 | |
| NEW YORK, NY 10087-8136 | COMMENT: BEST BUY\*FR CAPITAL ONE-DOC 76 | |

| | | |
|---|---|---|
| **CAVALRY PORTFOLIO SERVICES LLC(\*)** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 27288 | Court Claim Number:1-2 | ACCOUNT NO.: 3128 |
| | CLAIM: 646.04 | |
| TEMPE, AZ 85282 | COMMENT: HSBC/CAP ONE\*AMD | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:11 | ACCOUNT NO.: 8202 |
| | CLAIM: 1,597.80 | |
| NORFOLK, VA 23541 | COMMENT: CHASE BANK | |

| | | |
|---|---|---|
| **CHASE/JPMORGAN CHASE(\*)++** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| POB 17055 \*CARDMEMBER SRVCS | Court Claim Number: | ACCOUNT NO.: ...0932 |
| ATN BKRPTCY TRSTEE PMT PRCSSNG | | |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850-7055 | COMMENT: | |

| | | |
|---|---|---|
| **CHASE/JPMORGAN CHASE(\*)++** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 17055 \*CARDMEMBER SRVCS | Court Claim Number: | ACCOUNT NO.: ...1920 |
| ATN BKRPTCY TRSTEE PMT PRCSSNG | | |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850-7055 | COMMENT: BP | |

| | | |
|---|---|---|
| **CHLD CBNA** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| POB 6497 | Court Claim Number: | ACCOUNT NO.: ...2170 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: | |

| | | |
|---|---|---|
| **CITIBANK NA(\*)** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.: ...4449 |
| | CLAIM: 0.00 | |
| URBANDALE, IA 50323 | COMMENT: | |

| | | |
|---|---|---|
| **CITIFINANCIAL INC (NON-RE\*)** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| POB 70923 | Court Claim Number: | ACCOUNT NO.: ...4750 |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28272-0923 | COMMENT: | |

| | | |
|---|---|---|
| **CITIFINANCIAL (RE\*)** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BANKRUPTCY REMITTANCE | Court Claim Number: | ACCOUNT NO.: ...5275 |
| POB 70919 | | |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28272-0919 | COMMENT: | |

| | | |
|---|---|---|
| **CITIMORTGAGE(\*)** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| POB 688971 | Court Claim Number: | ACCOUNT NO.: ...5275 |
| | CLAIM: 0.00 | |
| DES MOINES, IA 50368-8971 | COMMENT: | |

| COLLECTION SERVICE CENTER INC | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| - CORPORATE OFFICE - | Court Claim Number: | ACCOUNT NO.: ...6LYM |
| 832 5TH AVE | | |
| POB 560 | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: | |

| COLLECTION SERVICE CENTER INC | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| - CORPORATE OFFICE - | Court Claim Number: | ACCOUNT NO.: ...6LYN |
| 832 5TH AVE | | |
| POB 560 | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: | |

| COMENITY BANK | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number: | ACCOUNT NO.: ...5876 |
| PO BOX 788 | | |
| | CLAIM: 0.00 | |
| KIRKLAND, WA 98083-0788 | COMMENT: NT ADR/SCH*NY & CO | |

| COMENITY BANK | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number: | ACCOUNT NO.: ...1774 |
| PO BOX 788 | | |
| | CLAIM: 0.00 | |
| KIRKLAND, WA 98083-0788 | COMMENT: NT ADR/SCH*SAM LEVIN | |

| DISCOVER BANK(*) | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| C/O DISCOVER FINANCIAL SVCS | Court Claim Number: | ACCOUNT NO.: ...0740 |
| POB 3025 | | |
| | CLAIM: 0.00 | |
| NEW ALBANY, OH 43054 | COMMENT: | |

| EQUITY ONE++ | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 2540 AIKENS CENTER | Court Claim Number: | ACCOUNT NO.: ...5191 |
| | | |
| | CLAIM: 0.00 | |
| MARTINSBURG, WV 25401 | COMMENT: NT ADR/SCH | |

| EQUITY ONE++ | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 2540 AIKENS CENTER | Court Claim Number: | ACCOUNT NO.: ...5191 |
| | | |
| | CLAIM: 0.00 | |
| MARTINSBURG, WV 25401 | COMMENT: NT ADR/SCH | |

| FIRST NIAGARA BANK | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| POB 514 | Court Claim Number: | ACCOUNT NO.: ...3737 |
| 6950 S TRANSIT RD | | |
| | CLAIM: 0.00 | |
| LOCKPORT, NY 14095 | COMMENT: | |

| GMAC* | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number: | ACCOUNT NO.: ...9077 |
| POB 78367 | | |
| | CLAIM: 0.00 | |
| PHOENIX, AZ 85062 | COMMENT: | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:14 | ACCOUNT NO.: 8302 |
| | | |
| | CLAIM: 1,159.86 | |
| CHICAGO, IL 60677-2813 | COMMENT: FR GE CAP*DOC 53 | |

| **GEMB/JCPENNEY++** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| ATTENTION: BANKRUPTCY | Court Claim Number: | ACCOUNT NO.: ...4473 |
| PO BOX 103104 | | |
| | CLAIM: 0.00 | |
| ROSWELL, GA 30076 | COMMENT: | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:18 | ACCOUNT NO.: 0539 |
| | CLAIM: 1,233.87 | |
| NORFOLK, VA 23541 | COMMENT: JEWELRY CUSTOM/GE CAP | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:9 | ACCOUNT NO.: 6633 |
| | CLAIM: 764.35 | |
| NORFOLK, VA 23541 | COMMENT: 6641/SCH*LOWES/GE CAP RB | |

| **GECC/ LOWE'S++** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| POB 103104 | Court Claim Number: | ACCOUNT NO.: ...4418 |
| | CLAIM: 0.00 | |
| ROSWELL, GA 30076 | COMMENT: NT ADR/SCH | |

| **GEMB / OLD NAVY++** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| ATTENTION: BANKRUPTCY | Court Claim Number: | ACCOUNT NO.: ...9690 |
| PO BOX 103104 | | |
| | CLAIM: 0.00 | |
| ROSWELL, GA 30076 | COMMENT: NT ADR/SCH | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:10 | ACCOUNT NO.: 1196 |
| | CLAIM: 4,306.49 | |
| NORFOLK, VA 23541 | COMMENT: GE CAP/OLD NAVY | |

| **GECC/SAMS CLUB++** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| POB 103104 | Court Claim Number: | ACCOUNT NO.: ...0663 |
| | CLAIM: 0.00 | |
| ROSWELL, GA 30076 | COMMENT: NT ADR/SCH | |

| **DEPARTMENT STORES NATIONAL BANK/MACY'S** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number:2 | ACCOUNT NO.: 6674 |
| PO BOX 4275 | | |
| | CLAIM: 564.41 | |
| NORCROSS, GA 30091 | COMMENT: 7420/SCH | |

| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| PO BOX 619094 | Court Claim Number: | ACCOUNT NO.: ...9150 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75261-9741 | COMMENT: | |

| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| PO BOX 619094 | Court Claim Number: | ACCOUNT NO.: ...9150 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75261-9741 | COMMENT: | |

| PNC BANK NA | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| POB 94982 | Court Claim Number: | ACCOUNT NO.: ...3378 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44101 | COMMENT: NT ADR/SCH | |

| PPG FCU | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 101 BAILIES RUN RD* | Court Claim Number: | ACCOUNT NO.: ...9232 |
| | CLAIM: 0.00 | |
| CREIGHTON, PA 15030 | COMMENT: | |

| PPG FCU | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 101 BAILIES RUN RD* | Court Claim Number: | ACCOUNT NO.: ...9231 |
| | CLAIM: 0.00 | |
| CREIGHTON, PA 15030 | COMMENT: | |

| TW PHILLIPS GAS & OIL** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PEOPLES TWP LLC* | Court Claim Number: | ACCOUNT NO.: ...0001 |
| 225 NORTH SHORE DRIVE STE 300 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: | |

| TW PHILLIPS GAS & OIL** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| C/O PEOPLES TWP LLC* | Court Claim Number: | ACCOUNT NO.: ...4004 |
| 225 NORTH SHORE DRIVE STE 300 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: | |

| TD AUTO FINANCE | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| POB 9223 | Court Claim Number: | ACCOUNT NO.: ...2920 |
| | CLAIM: 0.00 | |
| FARMINGTON, MI 48333 | COMMENT: | |

| THD/CBSD | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| POB 6497 | Court Claim Number: | ACCOUNT NO.: ...0244 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: | |

| TARGET NATIONAL BANK | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN AND RILEY PS | Court Claim Number: | ACCOUNT NO.: ...2616 |
| POB 3978 | | |
| | CLAIM: 0.00 | |
| SEATTLE, WA 98124-3978 | COMMENT: NT ADR/SCH | |

| VERIZON**++ | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| ATTN BANKRUPTCY CENTER | Court Claim Number: | ACCOUNT NO.: ...2336 |
| POB 3037 | | |
| | CLAIM: 0.00 | |
| BLOOMINGTON, IL 61702 | COMMENT: | |

| WELLS FARGO HOME MORTGAGE | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| MAC# X2302 04C* | Court Claim Number: | ACCOUNT NO.: ...2202 |
| ONE HOME CAMPUS* | | |
| | CLAIM: 0.00 | |
| DES MOINES, IA 50328-0001 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DLJ MORTGAGE CAPITAL** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:3-2 | ACCOUNT NO.:  0479 |
| POB 65450* | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  LOAN MOD @ CID 57*12621.32/CL*AMD*FR PENNYMAC-DOC 86 | |

| | | |
|---|---|---|
| **DLJ MORTGAGE CAPITAL** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:3-2 | ACCOUNT NO.:  0479 |
| POB 65450* | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  LOAN MOD @ CID 57*820/NTC*BGN 2-13*W/2,51*AMD*FR PENNYMAC-DOC 86 | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:5 | ACCOUNT NO.:  0001 |
| | CLAIM:  456.41 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:7 | ACCOUNT NO.:  0658 |
| | CLAIM:  4,625.11 | |
| CHICAGO, IL  60677-2813 | COMMENT:  NT/SCH*INTNTN'L CLCTN SVCS | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.:  4960 |
| POB 10587 | | |
| | CLAIM:  1,665.13 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CITIBANK | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:56  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:17 | ACCOUNT NO.:  0663 |
| | CLAIM:  838.85 | |
| NORFOLK, VA  23541 | COMMENT:  NT/SCH*SAMS CLUB/GE CAP RB | |

| | | |
|---|---|---|
| **DLJ MORTGAGE CAPITAL** | Trustee Claim Number:57  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:03-2 | ACCOUNT NO.:  0479 |
| POB 65450* | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  PMT/DECL*LOAN MOD BGN 11/13*DKT4PMT-LMT*AMD*FR PENNYMAC-DOC 86 | |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:58  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.:  6328 |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: | |