**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JODIE ALLEN DEISEROTH |
| Debtor 2 (Spouse, if filing) | MEGAN M. DEISEROTH |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 12-26130CMB |

# Form 4100N
## Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** DLJ MORTGAGE CAPITAL

**Court claim no.** (if known): 03-2

**Last 4 digits** of any number you use to identify the debtor's account: 0 4 7 9

**Property Address:** 1310 BROADVIEW BLVD
NATRONA HEIGHTS PA 15064

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**     Amount

a. Allowed prepetition arrearage:    (a) $ 0.00
b. Prepetition arrearage paid by the trustee:    (b) $ 0.00
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):    (c) $ 0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:    (d) $ 0.00
e. Allowed postpetition arrearage:    (e) $ 0.00
f. Postpetition arrearage paid by the trustee:    + (f) $ 0.00
g. **Total.** Add lines b, d, and f.    (g) $ 0.00

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

     Current monthly mortgage payment    $ $893.15

     The next postpetition payment is due on    8 / 1 / 2017
                                                  MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **JODIE ALLEN DEISEROTH** | Case number *(if known)* | **12-26130CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour                                    Date  10/12/2017
   Signature

Trustee     Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
           600 GRANT STREET
           SUITE 3250 US STEEL TWR
           PITTSBURGH, PA  15219

Contact phone  (412) 471-5566              Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | JODIE ALLEN DEISEROTH | Case number *(if known)* | 12-26130CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 11/22/2013 | 0871294 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 556.60 |
| 12/23/2013 | 0875330 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 667.99 |
| 01/28/2014 | 0879438 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 932.98 |
| 02/25/2014 | 0883486 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 806.24 |
| 03/25/2014 | 0887538 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 827.77 |
| 04/25/2014 | 0891682 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,051.80 |
| 05/28/2014 | 0895769 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 851.04 |
| 06/25/2014 | 0899814 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 856.86 |
| 07/24/2014 | 0903917 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,075.50 |
| 08/26/2014 | 0907981 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 862.86 |
| 09/29/2014 | 0912116 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 864.27 |
| 10/29/2014 | 0916125 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 864.94 |
| 11/24/2014 | 0920249 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,081.93 |
| 12/22/2014 | 0924836 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 865.92 |
| 01/27/2015 | 0928938 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,082.65 |
| 02/24/2015 | 0932978 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 866.31 |
| 03/26/2015 | 0937063 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 866.39 |
| 04/24/2015 | 0941249 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,120.20 |
| 05/26/2015 | 0945329 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 879.57 |
| 06/23/2015 | 0949265 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 877.14 |
| 07/28/2015 | 0953342 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,094.41 |
| 08/26/2015 | 0957372 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 863.20 |
| 09/28/2015 | 0961288 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 859.04 |
| 10/26/2015 | 0965258 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,078.01 |
| 11/24/2015 | 0969431 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 862.41 |
| 12/22/2015 | 0973428 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 862.39 |
| 01/26/2016 | 0977492 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,077.98 |
| 02/24/2016 | 0981407 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 862.49 |
| 03/28/2016 | 0985467 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 1,078.11 |
| 04/22/2016 | 0989637 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 865.32 |
| 05/24/2016 | 0993613 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 886.87 |
| 06/27/2016 | 1002374 | PENNYMAC MORTGAGE INVESTMENT TR | AMOUNTS DISBURSED TO CREDITOR | 872.56 |
| 07/26/2016 | 1004989 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 187.68 |
| 06/27/2017 | 1043798 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 10,744.07 |
| | | | | 40,053.50 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JODIE ALLEN DEISEROTH
MEGAN M. DEISEROTH
1310 BROADVIEW BOULEVARD
NATRONA HEIGHTS, PA  15065

PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210

DLJ MORTGAGE CAPITAL
C/O SELECT PORTFOLIO SVCNG*
POB 65450*
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING INC**
ATTN BANKRUPTCY NOTICING
3217 S DECKER LAKE DR
SALT LAKE CITY, UT  84119

DANIELLE BOYLE-EBERSOLE ESQ
HLADIK ONORATO & FEDERMAN LLP
298 WISSAHICKON AVE
NORTH WALES, PA  19454


10/12/17                                             /s/ Renee Ward
                                                     Administrative Assistant
                                                     Office of the Chapter 13 Trustee