Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jodie Allen Deiseroth
Megan M. Deiseroth
aka Megan Reiger**
  Debtor(s)

Bankruptcy Case No.: 12−26130−CMB

Chapter: 13
Docket No.: 110 − 109

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this 26th day of October, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/30/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/20/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/30/17.**

                                                       Carlota M. Bohm
                                                       United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-26130-CMB
Jodie Allen Deiseroth                                                     Chapter 13
Megan M. Deiseroth
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 3          Date Rcvd: Oct 26, 2017
                              Form ID: 408            Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db/jdb         +Jodie Allen Deiseroth,   Megan M. Deiseroth,    1310 Broadview Boulevard,
                 Natrona Heights, PA 15065-1131
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
13536434       +Beneficial/Hfc,    Po Box 9068,   Brandon, FL 33509-9068
13536436      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13536444      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,    300 Saint Paul Pl,   Baltimore, MD 21202)
13536435       +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13536438       +Cap1/Bstby,    26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13536440       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13536441       +Chase-Bp,    Po Box 15298,   Wilmington, DE 19850-5298
13536442       +Chld/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13536443       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13536445       +Citifinancial Mortgage,    Po Box 9438,   Gaithersburg, MD 20898-9438
13536446       +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
13536448       +Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,   Westerville, OH 43081-2873
13536449       +Comenity Bank/Samlevin,    Po Box 182789,   Columbus, OH 43218-2789
14255720       +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,   3815 South West Temple,
                 Salt Lake City, UT 84115-4412
13542581       +Department Stores National Bank/Macys,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13536451       +Equity One,   301 Lipponcott Dr,   Marlton, NJ 08053-4197
13536452       +Equity One,   523 Fellowship Rd  Suite 230,   Mt Laurel, NJ 08054-3418
13548134       +First National Bank Of PA,    1 Fnb Blvd,   Hermitage, PA 16148-3363
13564776       +First National Bank Of Pennsylvania,    Attn: Christine A. Lombardo,    4140 East State Street,
                 Hermitage, PA 16148-3401
13536453       +First Natl Bk Of Pa,    1 Fnb Blvd,   Hermitage, PA 16148-3363
13548145       +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
13536463       +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13536464        Nationstar,    Po Box 199111,   Dallas, TX 75235
13548148       +Natrona Heights,    c/o Michael McKechnie Tax Collector,   53 Garfield Street,
                 Natrona Heights, PA 15065-2619
13560679       +PENNYMAC MORTGAGE INVESTMENT TRUST,    HOLDINGS I, LLC,   PENNYMAC LOAN SERVICES, LLC,
                 6101 CONDOR DRIVE SUITE #310,   MOORPARK, CA 93021-2602
13536465       +Pennymac Loan Services,    6101 Condor Dr,   Moorpark, CA 93021-2602
13536467       +Pnc Bank, N.A.,    1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13536468       +Ppg & Associates Fcu,    101 Bailies Run Rd,   Creighton, PA 15030-1066
13536469       +T W Phillips Gas & Oil,    205 N Main St,   Butler, PA 16001-4998
13536470       +Td Auto Finance,    Po Box 9223,   Farmington Hills, MI 48333-9223
13536471       +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13536472       +Tnb - Target,    Po Box 673,   Minneapolis, MN 55440-0673
13536473       +Verizon Pa,    236 E Town St  #170,   Columbus, OH 43215-4631
13536474      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
13852871        eCast Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:06:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Oct 27 2017 01:52:06     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13583591        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2017 02:07:46
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13612951       +E-mail/Text: bnc@bass-associates.com Oct 27 2017 01:52:06     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13536439       +E-mail/Text: bankruptcy@cavps.com Oct 27 2017 01:53:58     Cavalry Port,
                 7 Skyline Dr 3rd Floor,   Hawthorn, NY 10532-2162
13538287       +E-mail/Text: bankruptcy@cavps.com Oct 27 2017 01:53:59     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
13536447       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 27 2017 01:53:28     Collection Service Cen,
                 839 5th Ave,   New Kensington, PA 15068-6303
13536450       +E-mail/Text: mrdiscen@discover.com Oct 27 2017 01:52:10     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13536454        E-mail/Text: fnb.bk@fnfg.com Oct 27 2017 01:54:05     First Niagara Bank,   6950 S Transit Rd,
                 Lockport, NY 14094
13536455       +E-mail/Text: ally@ebn.phinsolutions.com Oct 27 2017 01:52:09     G M A C,   Po Box 535160,
                 Pittsburgh, PA 15253-5160
```

```
District/off: 0315-2          User: dsaw                    Page 2 of 3                   Date Rcvd: Oct 26, 2017
                              Form ID: 408                  Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13548137       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:07:22      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13633277        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:43      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13536456       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:08      Gecrb/Ge Capital,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13536457        E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:07:22      Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13536458       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:43      Gecrb/Jewelry Custom,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13536459       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:07:22      Gecrb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13536460       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:08      Gecrb/Old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
13536461       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:08      Gecrb/Oldnavydc,   Po Box 965005,
                 Orlando, FL 32896-5005
13536462       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:07:22      Gecrb/Sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
13685402        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 27 2017 01:53:49      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13599773        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 27 2017 01:53:49      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13632828        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:06:31
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
14381373        E-mail/Text: peritus@ebn.phinsolutions.com Oct 27 2017 01:54:44
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
13586933        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2017 02:06:29
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13541258        E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:07:33
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13548156       +E-mail/Text: bnc@alltran.com Oct 27 2017 01:52:15      United Recovery System,
                 5800 North Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DLJ Mortgage Capital Inc.
cr             PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC
cr             PennyMac Holdings, LLC fka PennyMac Mortgage Inves
13536437       Cap One
13536466       Phillips G
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                ST CLOUD, MN  56302-9617)
cr*            PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
13548116*     +Beneficial/Hfc,    Po Box 9068,   Brandon, FL 33509-9068
13548118*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13548125*    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13548117*     +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13548119*     +Cap1/Bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13548120*     +Cavalry Port,    7 Skyline Dr 3rd Floor,    Hawthorn, NY 10532-2162
13548121*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13548122*     +Chase-Bp,   Po Box 15298,    Wilmington, DE 19850-5298
13548123*     +Chld/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13548124*     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13548126*     +Citifinancial Mortgage,    Po Box 9438,   Gaithersburg, MD 20898-9438
13548127*     +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
13548128*     +Collection Service Cen,    839 5th Ave,   New Kensington, PA 15068-6303
13548129*     +Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,    Westerville, OH 43081-2873
13548130*     +Comenity Bank/Samlevin,    Po Box 182789,    Columbus, OH 43218-2789
13548131*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
13548132*     +Equity One,    301 Lipponcott Dr,    Marlton, NJ 08053-4197
13548133*     +Equity One,    523 Fellowship Rd Suite 230,    Mt Laurel, NJ 08054-3418
13548135*    ++FIRST NIAGARA BANK,    PO BOX 514,   LOCKPORT NY 14095-0514
              (address filed with court: First Niagara Bank,     6950 S Transit Rd,    Lockport, NY 14094)
13548136*     +G M A C,   Po Box 535160,    Pittsburgh, PA 15253-5160
13548138*     +Gecrb/Ge Capital,    950 Forrer Blvd,    Kettering, OH 45420-1469
13548139*      Gecrb/Jcp,   Po Box 984100,    El Paso, TX 79998
13548140*     +Gecrb/Jewelry Custom,    950 Forrer Blvd,    Kettering, OH 45420-1469
13548141*     +Gecrb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
13548142*     +Gecrb/Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
13548143*     +Gecrb/Oldnavydc,    Po Box 965005,    Orlando, FL 32896-5005
13548144*     +Gecrb/Sams Club,    Po Box 965005,    Orlando, FL 32896-5005
13548146*     +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
```

```
District/off: 0315-2           User: dsaw                  Page 3 of 3                  Date Rcvd: Oct 26, 2017
                               Form ID: 408                Total Noticed: 63


              ***** BYPASSED RECIPIENTS (continued) *****
13548147*          Nationstar,    Po Box 199111,    Dallas, TX 75235
13600703*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:     Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
13548149*         +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
13548150*         +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13548151*         +Ppg & Associates Fcu,    101 Bailies Run Rd,    Creighton, PA 15030-1066
13548152*         +T W Phillips Gas & Oil,    205 N Main St,    Butler, PA 16001-4998
13548153*         +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
13548154*         +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13548155*         +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
13548157*         +Verizon Pa,    236 E Town St #170,    Columbus, OH 43215-4631
13548158*        ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                   ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court:     Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                   Frederick, MD 21701)
cr               ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                             TOTALS: 5, * 41, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PennyMac Loan Services, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle  Boyle-Ebersole    on behalf of Creditor    DLJ Mortgage Capital Inc.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC BY
               PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Megan M. Deiseroth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Jodie Allen Deiseroth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```